PER CURIAM.
 

 We initially accepted jurisdiction to review Bo
 
 udreaux v. State,
 
 45 So.3d 36 (Fla. 1st DCA 2010),
 
 review granted,
 
 58 So.3d 260 (Fla.2011) (table), on the basis that the decision of the district court expressly and directly conflicts with a decision of this Court and the decision of another district court of appeal. After further consideration, we have decided to discharge as improvidently granted. Accordingly, we dismiss this case.
 

 It is so ordered.
 

 CANADY, C.J., and PARIENTE, LEWIS, QUINCE, POLSTON, LABARGA, and PERRY, JJ., concur.